# UNITED STATES DISTRICT COURT
# District of Maine

| | |
|---|---|
| ATHEA ELIZABETH BELL MANUEL,       ) | |
| )    | |
| Plaintiff                                                   ) | |
| )    | |
| v.                                                              ) | No. 1:12-cv-45-GZS |
| )    | |
| LABOR READY INC., et al.,                    ) | |
| )    | |
| Defendant                                               ) | |
| )    | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 3, 2012, her Recommended Decision (ECF No. 13).  Plaintiff filed her Objection to the Recommended Decision (ECF No. 17) on May 4, 2012.  Defendants American Tescor, LLC and Merchants Information Solutions, Inc. filed their Response to Plaintiff's Objection to the Recommended Decision (ECF No. 19) on May 10, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Motion to Dismiss filed by Defendants American Tescor, LLC and Merchants Information Solutions, Inc. (ECF No. 12) is hereby **GRANTED** for all of the reasons set forth in said Motion and this action is hereby **DISMISSED** with prejudice.

/s/George Z. Singal_____
U.S. District Judge

Dated this 23rd day of May, 2012.